# KENNETH J. LAU, LCSW-R  P.C.

**Fortune Building**
280 North Central Ave, Suite 40
Hartsdale, New York 10530
(914) 367-3370


May 5, 2017


Rebekah Dawson, Probation Officer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**Re: Edmund Duffy**

Dear Probation Officer Dawson:

I have attached a copy of the final report a copy of my invoice for the Psycho-sexual
Assessment on **Edmund Duffy**.
.

Please feel free to contact me if you have any questions. I can be reached at
(914) 367-3370.


Sincerely,

*Kenneth J. Lau, LCSW*

---

**Kenneth J. Lau, LCSW-R  P.C.**

# KENNETH J. LAU, LCSW-R P.C.

**Fortune Building**
280 North Central Ave, Suite 40
Hartsdale, New York 10530
(914) 367-3370

## INVOICE

**Date Submitted:** May 5, 2017

**Re: Edmund Duffy**

**Date Seen**: March 13 and April 11, 2017

**Location:** 19 West 34th Street New York, NY

**Type of Assessment/Evaluation:**

Adult Sexual Offense Risk Evaluation Psychosexual Assessment

**Completed By:** Emilie Picard, LMHC

**Payment Information:**

Total Cost of Assessment/Evaluation **$ 3,500.00**

Please make check **payable** to: **Kenneth J. Lau, LCSW**
Please send check to: **280 North Central Ave. Suite 40**
**Hartsdale, New York 10530**

*Kenneth J. Lau, LCSW*
**EIN #**: 30-0692822
**NPI Number**: 1245388511